10/27
-35
$4.33

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

### Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

**DEBTOR:** Stahnke, Scott E.

**CHAPTER 7 BANKRUPTCY CASE NO: 09-45871**

Please check one:

____ Unclaimed Dividends

__X__ Distribution Less than $5

| Name and Address Distribution of Creditor | Claim No. | Claimed | Amount |
|---|---|---|---|
| American Infosource Lp As Agent for T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | 7 | $320.37 | $4.33 |

RECEIVED 10 OCT 27 AM 9:30 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN

Date: October 26, 2010      /e/ Terri A. Running
                                                     Terri A. Running, Trustee